NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
LAW OFFICES OF JAMES DAL BON, ESQ.
28 NORTH FIRST STREET, SUITE 210
SAN JOSE, CA 95113
Telephone: (408) 297-4729

Attorney for: Plaintiff

FILED

2008 MAR 24 P 4: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| JUAN LUIS SANTIAGO, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff, | C08 00665 JF HRL |
| HOUSE OF FALAFEL, INC., ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISTRICT COURT GUIDELINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : TANZEER AHMED

By Serving        : Shaheem Shahim, Person In Charge / Authorized To Accept Service Of Process

Address           : ( Business ) HOUSE OF FALAFEL, INC.

                    19590 Stevens Creek Boulevard
                    Cupertino, Ca 95014

Date of Service   : February 27, 2008

Time of Service   : 12:50PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: February 27, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
DAVID NORIEGA

JAMES DAL BON, ESQ.
LAW OFFICES OF JAMES DAL BON, ESQ.
28 NORTH FIRST STREET, SUITE 210
SAN JOSE, CA 95113
Telephone: (408) 297-4729
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : JUAN LUIS SANTIAGO, ET AL.
Defendant : HOUSE OF FALAFEL, INC., ET AL.

Ref # 20881477

**DECLARATION OF MAILING**

Case No. C08 00665 JF HRL

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISTRICT COURT GUIDELINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

TANZEER AHMED

( Business ) HOUSE OF FALAFEL, INC.
19590 Stevens Creek Boulevard
Cupertino, Ca 95014

Date of mailing: February 27, 2008

Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 27, 2008                    Signature: _____