JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4729

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Luis Santiago et al | CASE NO. 08-cv-00665-JF |
| vs | NOTICE OF SETTLEMENT |
| House of Falafel, Inc. et al | |

1. Plaintiffs by and through their counsel of record, hereby notifies the court this case has been settled. We request that all action concerning this case be suspended pending the parties signing the final settlement documents.

Dated: 5/20/08                   By:_____/s/jdb_____
                                          James Dal Bon
                                          Attorney for Plaintiffs

Notice of settlement