JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4729

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Luis Santiago et al | CASE NO. 08-cv-00665-JF |
| vs | MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| House of Falafel, Inc. et al | 5/30/08 |
| | 10:30 am |

1. Plaintiffs by and through their counsel of record, hereby moves that the Case Management Conference be continued for the following good cause:

2. The case has settled Plaintiffs need more time to finalize the settlement documents and dismiss the case.

3. Plaintiffs respectfully request the Case Management Conference be moved to June 20, 2008.

Dated: 5/20/08                    By:_____/s/jdb_____
                                            James Dal Bon
                                            Attorney for Plaintiffs

Notice of settlement

1
2          Dated:
3
4          It is so ordered.
5
6
7          _____
8          Honorable District Court Judge Jeremy Fogel
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Notice of settlement
28