1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              SAN JOSE DIVISION

9  JUAN SANTIAGO,                                   CV-08-665-JF
           Plaintiff,
10                                                  ORDER OF DISMISSAL
       V.
11
   HOUSE OF FALAFEL,
12         Defendant.
13  _____/

14
15     The parties hereto, by their counsel, have advised the Court that they have agreed to a
16 settlement of this case.
17     IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if
18 any party hereto shall certify to this Court, within ninety days, with proof of service of a copy
19 thereof, that the agreed consideration for said settlement has not been delivered over, the
20 foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the
21 calendar to be set for trial.
22
23 Date: May 28, 2008                          _____
                                                JEREMY FOGEL
24                                              United States District Judge
25
26
27
28